IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. NATIVIDAD,<br><br>   Petitioner,<br><br>   v.<br><br>FRED FIGUEROA, Warden,<br><br>   Respondent. | No. C 12-00891 YGR (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS; AND GRANTING MOTION TO CHANGE NAME OF RESPONDENT** |

Petitioner has filed a request for an extension of time in which to file his opposition to Respondent's Motion to Dismiss. He has also filed a Motion to Change Name of Respondent. Having read and considered Petitioner's requests, and good cause appearing,

IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED. The time in which Petitioner may file his opposition to Respondent's Motion to Dismiss will be extended up to and including **twenty-eight (28) days** from the date of this Order.

Respondent shall file a reply brief no later than **fourteen (14) days** after the date Petitioner's opposition is filed.

Fred Figueroa, the current warden of the prison where Petitioner is incarcerated, has been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure. Therefore, Petitioner's Motion to Change Name of Respondent is GRANTED.

This Order terminates Docket nos. 13 and 14.

IT IS SO ORDERED.

DATED:   February 12, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.12\Natividad0891.grantEOToppn.wpd