IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE L. NATIVIDAD,  No. C 12-00891 YGR (PR)

    Petitioner, **JUDGMENT**

 vs.

FRED FIGUEROA, Warden,

    Respondent.
_____/

    Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely; and Denying Certificate of Appealability signed today, this action is DISMISSED WITH PREJUDICE. 28 U.S.C. § 2244(d).

    IT IS SO ORDERED.

DATED: July 26, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\YGRALL\ECF-Ready\Natividad0891.jud.hhl.wpd